UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

ROLAND MATHIS,
        Plaintiff,

v.                                               CIVIL ACTION NO. 5:19-cv-00615

D.L. YOUNG, *et al.*,

        Defendants.

## JUDGMENT ORDER

In accordance with the Order entered this same date dismissing the Plaintiff's form Complaint, the Court **ORDERS** that the case be **DISMISSED** without prejudice and **STRICKEN** from the docket of this Court.

The Court directs the Clerk to send a copy of this Order to counsel of record and any unrepresented party herein.

ENTER: April 6, 2021

Frank W. Volk
United States District Judge